

15 Warren Street, Suite 36
Hackensack, New Jersey 07601
Phone 201-518-9999

532 Union Street
Brooklyn, New York 11215
Phone 347-770-7712

Fax 347-772-3074
www.luriestrupinsky.com

**Joshua M. Lurie, Esq.** *(licensed in NY, NJ, VT)*
**Eugene Strupinsky, Esq.** *(licensed in NY)*

**Damian Albergo, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Michael J.S. Pontone, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Victoria Smolyar, Esq.** *(of Counsel, Licensed in NY, NJ)*

**Helen Dukhan, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Paul Hirsch, Esq.** *(of Counsel, Licensed in NY)*

April 18, 2019

<u>Via ECF</u>

Hon. Ronnie Abrams, U.S.D.J.
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

  Re: <u>Sarit v. Westside Tomato, Inc.</u>, *et al.*
    Civil Case No. 1:18-cv-11524-RA

Dear Judge Abrams,

  I am in receipt of Defendants' motion to dismiss the matter and compel arbitration. After a review of the supporting documentation and consultation with my client, we do not oppose the motion but request that the Court retain jurisdiction for any future actions – such as the confirmation or appeal of an arbitration award.

  Further, as the Defendants refused to accept the waivers of service of summons, we ask the Court to retain jurisdiction should the Plaintiff seek reimbursement of service costs and counsel fees consistent with <u>Fed.R.Civ.P.</u> 4(d).

            Respectfully,

            Joshua M. Lurie, Esq.

JML:me