# LURIE STRUPINSKY LLP

15 Warren Street, Suite 36
Hackensack, New Jersey 07601
*Phone 201-518-9999*

532 Union Street
Brooklyn, New York 11215
*Phone 347-770-7712*

*Fax 347-772-3074*
www.luriestrupinsky.com

**Joshua M. Lurie, Esq.** *(licensed in NY, NJ, VT)*
**Eugene Strupinsky, Esq.** *(licensed in NY)*

**Damian Albergo, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Michael J.S. Pontone, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Victoria Smolyar, Esq.** *(of Counsel, Licensed in NY, NJ)*

**Helen Dukhan, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Paul Hirsch, Esq.** *(of Counsel, Licensed in NY)*

October 24, 2019

**Via ECF**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

      Re:    <u>Sarit v. Westside Tomato, Inc.</u>, *et al.*
              Civil Case No. 1:18-cv-11524-RA

Dear Judge Abrams,

Please accept this letter brief in lieu of a more formal application in support of Plaintiff's application for relief, pursuant to *Fed. R. Civ. P.* 60(b), from the Court's prior endorsement and grant of Defendants' motion to compel arbitration [ECF Doc. No. 25] dated April 19, 2019.

## **Procedural Summary**

Plaintiff was a waitress/food server in a high-end Italian restaurant who was not paid wages as required pursuant to the FLSA and was retaliated against (terminated from employment) when she complained that she was assaulted by a coworker based upon her national origin (she is from the Dominican Republic).

Sarit v. West Coast Tomato, Inc., *et al.*
Letter Motion for Relief from Order and Reinstate Case
October 24, 2019
Page 2 of 6

Plaintiff initiated this FLSA and Title VII matter against the Defendants on December 10, 2018 [ECF Doc. No. 1].  Thereafter, the Defendants were served and answers were due on or about March 18, 2019.  No Defendant responded within the time required.

On March 22, 2019, counsel for the Defendants entered an appearance and requested additional time to Answer – which was granted three days thereafter.  *See* [ECF Doc. No. 22].

In lieu of an answer, Defendants moved to compel arbitration [ECF Doc. No. 23].  Upon review (and consent of the Plaintiff), Plaintiffs did not oppose the motion but requested that the Court retain jurisdiction.  [ECF Doc. No. 24].  As a result, on April 19, 2019, the Court granted the motion, stayed the case, and compelled arbitration.

On or about June 24, 2019, Plaintiff filed for arbitration with the AAA.  A copy was mailed to defense counsel who, later, alleged that he did not receive a copy.  Notwithstanding, a copy was provided, and the AAA demanded that the Defendants herein (Respondents before the AAA) pay their share of the filing fees ($1,900.00).

Between July 30, 2019 and October 7, 2019, the AAA made no less than six requests to Respondents therein to pay their share of the filing fees.  Respondents made every excuse that they could – including the following vexatious acts:

1. On August 14, 2019, claiming they have not received any documents and then refusing to accept anything by electronic mail (**Exhibit 1**);

2. By claiming that they were not served with the arbitration demand on August 30, 2019 which was promptly served again (**Exhibit 2**);

3. By arguing on September 17, 2019 that Claimant therein did not pay their share of the filing fees or arguing for proof of payment – not understanding that it must be paid at the time of filing (**Exhibit 3**);



Sarit v. West Coast Tomato, Inc., *et al.*
Letter Motion for Relief from Order and Reinstate Case
October 24, 2019
Page 3 of 6

4.  On September 18, 2019, having a representative of a trade group attempt to intervene in the arbitration and arguing, again, that Claimant failed to make payment of their filing fee on September 20, 2019 (**Exhibit 4**);

5.  On the same date advising that Respondents' counsel was being substituted by another firm (a Scott Levenson, Esq.) and requesting additional time to respond to the arbitration (**Exhibit 5**);1 and

6.  Failing to make the payment notwithstanding their legal obligation.

Even though the AAA gave the option to have the Plaintiff pay the Defendants' share of the arbitration fees, Plaintiff cannot afford the arbitrators fees to unilaterally arbitrate the case.

On October 23, 2019, the AAA terminated the case for failure of Defendants to pay their arbitration fees.  (**Exhibit 7**).

Plaintiff now returns to the Court for an order seeking relief from the prior order compelling arbitration was violated by Respondents/Defendants – who are now in contempt of the Court's Order compelling arbitration – and seek to have the Court resume jurisdiction and proceed in this case in due course by directing the Defendants to file an Answer in this matter by a date certain.

Further, due to the truculence and other conduct of Respondent/Defendants, Plaintiff seeks an appropriate sanction including an award of legal fees and costs related to the necessity created by Defendants to waste greater than six (6) months before the AAA when they evidently had no desire to comply with their legal and contractual obligations to proceed in arbitration.

---

1 Conspicuously, Mr. Levenson never entered an appearance, responded to any correspondence or emails, and never filed any evidence that he was substituted.  Rather, Respondent/Defendants counsel, Mr. Kapin, wrote a frustrated email demanding to be removed from all emails with the AAA (**Exhibit 6**).  As such, we anticipate a timely motion to be relieved as counsel or to substitute as appropriate.



Sarit v. West Coast Tomato, Inc., *et al.*
Letter Motion for Relief from Order and Reinstate Case
October 24, 2019
Page 4 of 6

## **Legal Argument**

Plaintiff moves the Court pursuant to *Fed. R. Civ. P.* 60(b).  Specifically, by being in default of the arbitration terms – by refusing to pay their share of the arbitration – the provisions of Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3, are triggered.

In a well-reasoned decision by Judge Oetken in the matter of *Polit v. Global Foods International, Corp.* 2016 WL 632251 (S.D.N.Y.  Feb. 17, 2016), the Court was presented with an almost identical situation.  There, as here, the Defendant refused and/or failed to pay their share of arbitration fees resulting in the AAA terminating the case.  Thereafter, Polit moved to reinstate the Case.  The Court found, at Page *2, that the case had to be reopened because, *inter alia*,

> Reopening the case is also appropriate under the Federal Arbitration Act. The Act "directs a district court to enter a 'stay of proceedings''in cases where the claims are 'referable to arbitration.' " *Polit v. Global Foods*, No. 14-CV-7360, 2015 WL 1780161, at *5 (S.D.N.Y. Apr. 20, 2015) (quoting 9 U.S.C. § 3). Such a stay, however, lasts "until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration." 9 U.S.C. § 3.

> \*\*\*

> [With the AAA terminating the arbitration, it has] "remov[ed] the § 3 requirement for the district court to stay the proceedings." *See Pre-Paid Legal Servs. v. Cahill*, 786 F.3d 1287, 1293-94 (10th Cir. 2015) (explaining that § 3 was satisfied when the AAA terminated an arbitration due to Defendant's refusal to pay fees). In any event, reinstatement is appropriate, since Global Foods was in default in the arbitration proceeding. *See id*. at 1294 ("Failure to pay arbitration fees constitutes a 'default' under § 3."); *Sink v. Aden Enters., Inc.*, 352 F.3d 1197, 1200 (9th Cir. 2003).

Sarit v. West Coast Tomato, Inc., *et al.*
Letter Motion for Relief from Order and Reinstate Case
October 24, 2019
Page 5 of 6

As a result of the conduct of the Defendants, in failing to comply with their arbitration obligations, they have defaulted.  Thus, pursuant to *Fed. R. Civ. P.* 60(b)(6), there is "[an]other reason that justifies relief."

Further, Plaintiff requests sanctions of an award of fees and costs related to the arbitration. It is noteworthy that the Court in *Polit* had also requested fees to be awarded yet Judge Oetken denied the relief.  Here, the facts diverge substantially and give a basis for such an award.

In *Polit*, upon demand to pay the arbitrator fees, the Defendant failed to respond.  Here, not only did the Defendants respond, they were fully involved in the "pre-arbitration" proceedings and took affirmative action to delay the arbitration by making innumerable frivolous or bad faith acts to delay the arbitration (and not pay) as evidenced on Pg. 2 above, causing prejudice.  This evidences conduct that is meant to delay the case, unnecessarily, and to the detriment of the Plaintiff.  It forced counsel to expend a significant amount of time unnecessarily, and delayed this case more than six months when, had this matter proceeded in due course in the District Court, would likely be towards the end of discovery.  This evidences bad faith on behalf of the Defendants.

Therefore, the Plaintiff requests that the Defendants be ordered to pay the legal fees incurred subsequent to the motion to compel arbitration and up through this motion.



Sarit v. West Coast Tomato, Inc., *et al.*
Letter Motion for Relief from Order and Reinstate Case
October 24, 2019
Page 6 of 6

## **<u>Conclusion</u>**

For the reasons set forth herein, Plaintiff respectfully requests that the Court grant relief

pursuant to Rule 60, return this matter to the active docket, and award counsel fees and costs

related to the time wasted through the arbitration to which Defendants defaulted on their

obligations.

Respectfully submitted,

Joshua M. Lurie, Esq.

JML:me

**E**
**X**
**H**
**I**
**B**
**I**
**T**

**1**

# EXHIBIT 1

**Subject:**    RE: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323

**Date:**    Wednesday, August 14, 2019 at 4:29:26 PM Eastern Daylight Time

**From:**    Employment Filing Team

**To:**    Mike Kapin, Joshua M. Lurie, Esq.

**CC:**    kapinlaw@gmail.com

**Attachments:** image001.png, image002.jpg, imagefb84ce.PNG, image948ba4.JPG

Good Afternoon,

Please provide your preferred contact information to the attention of this address. Please copy the opposing party in any correspondence related to the above case number.

Thank you



**Employment Filing Team**

American Arbitration Association

T: 856 679 4610  E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Mike Kapin <mikekapin@gmail.com>
**Sent:** Wednesday, August 14, 2019 1:09 PM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** kapinlaw@gmail.com
**Subject:** Re: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323

**\*\*\* External E-Mail – Use Caution \*\*\***

This was not sent to my mailing correct address and I do not accept service of documents via email. Thanks.

Best,

Mike

On Wed, Aug 14, 2019 at 12:54 PM Employment Filing Team <EmploymentFiling@adr.org> wrote:

> Dear Parties:
>
> Please review the attached updated correspondence regarding the above-referenced case.
>
> Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**Employment Filing Team**

American Arbitration Association

T: 856 679 4610  E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

--

_____

Michael J. Kapin | Attorney at Law
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT mikekapin@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

**E X H I B I T   2**

**EXHIBIT 2**

**Subject:**    Re: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323
**Date:**       Friday, August 30, 2019 at 11:04:01 AM Eastern Daylight Time
**From:**       Mike Kapin
**To:**         Employment Filing Team
**CC:**         Joshua M. Lurie, Esq., kapinlaw@gmail.com
**Attachments:** image005.png, image006.jpg, image007.png, image008.jpg, image4730c1.PNG, image07b468.JPG

Perhaps someone can send me the notice of claim which I haven't seen.

Mike

On Fri, Aug 30, 2019 at 11:01 AM Employment Filing Team <EmploymentFiling@adr.org> wrote:

> Please see attached. The correspondence has been updated with the correct address and will be mailed out today.
>
>
> Thank you.
>
>
> 
> **Employment Filing Team**
>
> American Arbitration Association
>
> T: 856 679 4610  E: EmploymentFiling@adr.org
> 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
> adr.org | icdr.org | aaamediation.org
>
> 
>
> The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.
>
> ────────────────────
>
> **From:** Mike Kapin <mikekapin@gmail.com>
> **Sent:** Friday, August 30, 2019 10:34 AM
> **To:** Employment Filing Team <EmploymentFiling@adr.org>
> **Cc:** jmlurie@luriestrupinsky.com; kapinlaw@gmail.com
> **Subject:** Re: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323
>
>
> **\*\*\* External E-Mail – Use Caution \*\*\***
>
>
> My address is at the bottom of my email.  Thanks.

Best,


Mike


On Wed, Aug 14, 2019 at 4:29 PM Employment Filing Team <EmploymentFiling@adr.org> wrote:

Good Afternoon,


Please provide your preferred contact information to the attention of this address. Please copy the opposing party in any correspondence related to the above case number.


Thank you


 **Employment Filing Team**

American Arbitration Association

T: 856 679 4610  E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Mike Kapin <mikekapin@gmail.com>
**Sent:** Wednesday, August 14, 2019 1:09 PM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** kapinlaw@gmail.com
**Subject:** Re: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323


   *** External E-Mail – Use Caution ***


This was not sent to my mailing correct address and I do not accept service of documents via email.  Thanks.


Best,

Mike

On Wed, Aug 14, 2019 at 12:54 PM Employment Filing Team <EmploymentFiling@adr.org> wrote:

> Dear Parties:
>
> Please review the attached updated correspondence regarding the above-referenced case.
>
> Feel free to contact me with any questions, comments or concerns you have related to this matter.
>
> Thank you.

 **Employment Filing Team**

American Arbitration Association

T: 856 679 4610  E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

--

_____

Michael J. Kapin | Attorney at Law
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019
_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT mikekapin@gmail.com

OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--

_____

Michael J. Kapin | Attorney at Law
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019
_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT mikekapin@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--

_____

Michael J. Kapin | Attorney at Law
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019
_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT mikekapin@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

E
X
H
I
B
I
T

3

# EXHIBIT 3

**Subject:** RE: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323 PLEASE ADVISE.

**Date:** Tuesday, September 17, 2019 at 11:19:14 AM Eastern Daylight Time

**From:** Employment Filing Team

**To:** Michael Kapin

**CC:** Mike Kapin, cferriter@kapinlaw.com, Joshua M. Lurie, Esq., Employment Filing Team

**Attachments:** image002.png, image004.jpg, imageb98aba.PNG, image54b6a7.JPG

Hello,

Employee's portion of the filing fee was submitted at filing on June 20th 2019.

Please ensure to copy claimant's counsel in all future correspondence.

Thank you



**Employment Filing Team**

American Arbitration Association

T: 856 679 4610  E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Michael Kapin <kapinlaw@gmail.com>
**Sent:** Tuesday, September 17, 2019 10:40 AM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** Mike Kapin <mikekapin@gmail.com>; cferriter@kapinlaw.com
**Subject:** Re: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323 PLEASE ADVISE.

**\*\*\* External E-Mail – Use Caution \*\*\***

Good Morning,

Following my voice message, kindly advise as to whether the **employee's portion** of the filing  fee has been paid (and if so, the date of payment).

Thank you,

Bunmi.

---------- Forwarded message ---------
From: **Employment Filing Team** <EmploymentFiling@adr.org>
Date: Wed, Sep 11, 2019 at 1:53 PM
Subject: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323
To: jmlurie@luriestrupinsky.com <jmlurie@luriestrupinsky.com>, mikekapin@gmail.com
<mikekapin@gmail.com>, kapinlaw@gmail.com <kapinlaw@gmail.com>


Good Afternoon,

The AAA has not received the employer's portion of the filing fee. Please advise or submit payment by
September 18, 2019.

Thank you


 **Employment Filing Team**

American Arbitration Association



T: 856 679 4610  E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
adr.org  |  icdr.org  |  aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above.
Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received
this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.


--
_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT kapinlaw@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.


--
_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED

RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT kapinlaw@gmail.com OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.


--
_____


****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT kapinlaw@gmail.com OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.



--
_____


****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT kapinlaw@gmail.com OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

**EXHIBIT 4**

**EXHIBIT 4**

**Subject:** Re: Question Re: Case #01-19-0001-9323
**Date:** Friday, September 20, 2019 at 3:00:36 PM Eastern Daylight Time
**From:** Irene O'Halloran
**To:** Employment Filing Team
**CC:** Joshua M. Lurie, Esq.
**Attachments:** image7611dc.PNG, image8d253a.JPG

Good afternoon,

Thank you for returning my email. I would like to request to see documentation that Ruth Sarit paid her fee to the AAA, and what amount it was. We cannot get a clear answer from our attorney and would like to see actual proof of payment.

Thank you kindly,

On Fri, Sep 20, 2019 at 2:43 PM Employment Filing Team <EmploymentFiling@adr.org> wrote:

> Good Afternoon,
>
> You may direct any question you may have regarding the above case to the attention of this address. Please copy the opposing party in any correspondence regarding the above case number.
>
> Thank you

 **Employment Filing Team**

American Arbitration Association

T: 856 679 4610  E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Irene O'Halloran <ohalloran.irene@gmail.com>
**Sent:** Wednesday, September 18, 2019 4:26 PM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Subject:** Question Re: Case #01-19-0001-9323

**\*\*\* External E-Mail – Use Caution \*\*\***

Good afternoon -

I represent the employer for case matter 01-19-0001-9323.  I had left a voicemail yesterday, (Sept. 17), but haven't heard back yet.  I have a question regarding this case.  Can someone kindly please call me back at 917.208.6422.

Thank you,

Irene O'Halloran

--

Irene O'Halloran

ohalloran.irene@gmail.com

917.208.6422

--
Irene O'Halloran
ohalloran.irene@gmail.com
917.208.6422

**E
X
H
I
B
I
T

5**

# EXHIBIT 5

**Subject:** Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323
**Date:**    Friday, September 20, 2019 at 4:48:58 PM Eastern Daylight Time
**From:**    Olubunmi Wright
**To:**       EmploymentFiling@adr.org
**CC:**       slevensonesq@gmail.com, Joshua M. Lurie, Esq., Colin Ferriter, Mike Kapin

Good Afternoon,

Respondents Answer to Claimant's Demand for Arbitration is due today, Friday, September 20, 2019.

However, please be advised that our office is presently being substituted as counsel for the Respondents in this matter.

Therefore, on behalf of new counsel, Scott Levenson, Esq., (copied) an extension of time is requested to serve an Answer to Claimant's Demand.

Thank you for your consideration of this request.

Best Regards,

Bunmi

_____

Olubunmi A. Wright
Paralegal
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019

-

---------- Forwarded message ---------
From: **Employment Filing Team** <EmploymentFiling@adr.org>
Date: Tue, Sep 17, 2019 at 11:19 AM
Subject: RE: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323 PLEASE ADVISE.
To: Michael Kapin <kapinlaw@gmail.com>
Cc: Mike Kapin <mikekapin@gmail.com>, cferriter@kapinlaw.com <cferriter@kapinlaw.com>,
jmlurie@luriestrupinsky.com <jmlurie@luriestrupinsky.com>, Employment Filing Team
<EmploymentFiling@adr.org>

Hello,

Employee's portion of the filing fee was submitted at filing on June 20th 2019.

Please ensure to copy claimant's counsel in all future correspondence.

Thank you

| Logo | **Employment Filing Team** |
|---|---|
| | American Arbitration Association |

T: 856 679 4610  E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
adr.org | icdr.org | aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Michael Kapin <kapinlaw@gmail.com>
**Sent:** Tuesday, September 17, 2019 10:40 AM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** Mike Kapin <mikekapin@gmail.com>; cferriter@kapinlaw.com
**Subject:** Re: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323 PLEASE ADVISE.

**\*\*\* External E-Mail – Use Caution \*\*\***

Good Morning,

Following my voice message, kindly advise as to whether the **employee's portion** of the filing fee has been paid (and if so, the date of payment).

Thank you,

Bunmi.

---------- Forwarded message ---------
From: **Employment Filing Team** <EmploymentFiling@adr.org>
Date: Wed, Sep 11, 2019 at 1:53 PM
Subject: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323
To: jmlurie@luriestrupinsky.com <jmlurie@luriestrupinsky.com>, mikekapin@gmail.com <mikekapin@gmail.com>, kapinlaw@gmail.com <kapinlaw@gmail.com>

Good Afternoon,

The AAA has not received the employer's portion of the filing fee. Please advise or submit payment by September 18, 2019.

Thank you

**Employment Filing Team**

American Arbitration Association

T: 856 679 4610  E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
adr.org  |  icdr.org  |  aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

--

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT kapinlaw@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT kapinlaw@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT kapinlaw@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT kapinlaw@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--

_____

Michael J. Kapin | Attorney at Law

LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019
_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT mikekapin@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--
_____

Michael J. Kapin | Attorney at Law
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT mikekapin@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--
_____

Michael J. Kapin | Attorney at Law
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND

MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT mikekapin@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

E
X
H
I
B
I
T

6

# EXHIBIT 6

**Subject:**  Re: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323
**Date:**  Tuesday, September 24, 2019 at 10:26:19 AM Eastern Daylight Time
**From:**  Mike Kapin
**To:**  Employment Filing Team
**CC:**  Joshua M. Lurie, Esq., Olubunmi Wright, slevensonesq@gmail.com
**Attachments:** image002.jpg, image0938c9.PNG, imagef3bf86.JPG

Dear Employment Filing Team,

Thank you.  Please make sure to forward all future communications in this matter <u>only</u> to Respondents' new counsel:

Scott Levenson, Esq.
625 West 51st Street
New York, New York 10019
(212) 957-9200

I trust I will <u>not</u> be copied on any future communications pertaining to this matter.  Thanks.

Best regards,

Michael J. Kapin


On Mon, Sep 23, 2019 at 12:04 PM Employment Filing Team <<u>EmploymentFiling@adr.org</u>> wrote:

> Good afternoon,
>
>
> A final extension for payment is granted until September 30, 2019. Please remit the balance of the filing fee in the amount of $1,900.00 on or before this date. Please note no answering statement or counter-claim is due at this time. The Case Manager assigned to this case once the filing requirements are satisfied, including the respondent's portion of the fee, will notify the parties of any deadlines for an answer. Please notify this address if a credit card is the preferred method of payment and a link to submit the fee online will be provided.
>
>
> Thank you.
>
>
>  **Employment Filing Team**
>
> American Arbitration Association
>
> T: 856 679 4610  E: EmploymentFiling@adr.org
> 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
> <u>adr.org</u> | <u>icdr.org</u> | <u>aaamediation.org</u>   

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received

this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Joshua M. Lurie, Esq. <jmlurie@luriestrupinsky.com>
**Sent:** Friday, September 20, 2019 6:53 PM
**To:** Olubunmi Wright <owright@kapinlaw.com>; Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** slevensonesq@gmail.com; Colin Ferriter <cferriter@kapinlaw.com>; Mike Kapin <mikekapin@gmail.com>
**Subject:** Re: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323

### *** External E-Mail – Use Caution ***

Claimant objects to yet another delay.  Counsel for Respondents has been delaying with nonsensical arguments and refusals for months.  Yet again, this is more delay.  We understand new counsel coming in – but do not want any more objections as this is now prejudicial to Claimant.

Joshua M. Lurie, Esq.

Lurie|Strupinsky, LLP

15 Warren Street, Suite 36, Hackensack, New Jersey 07601

532 Union Street, Brooklyn, New York 11215

Telephone: 201-518-9999

Facsimile: 347-772-3074

*Licensed in New Jersey, New York and Vermont

***CONFIDENTIALITY NOTE***

This transmission, and the documents accompanying this transmission, contain information from the sender that is confidential and or privileged. This information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited and the documents should be returned to this office immediately. Therefore, if you have received this transmission in error, please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank You.

**From:** Olubunmi Wright <owright@kapinlaw.com>
**Date:** Friday, September 20, 2019 at 4:49 PM
**To:** "EmploymentFiling@adr.org" <EmploymentFiling@adr.org>
**Cc:** "slevensonesq@gmail.com" <slevensonesq@gmail.com>, Joshua Lurie
<jmlurie@luriestrupinsky.com>, Colin Ferriter <cferriter@kapinlaw.com>, Mike Kapin
<mikekapin@gmail.com>
**Subject:** Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323

Good Afternoon,

Respondents Answer to Claimant's Demand for Arbitration is due today, Friday, September 20, 2019.

However, please be advised that our office is presently being substituted as counsel for the Respondents in this matter.

Therefore, on behalf of new counsel, Scott Levenson, Esq., (copied) an extension of time is requested  to serve an Answer to Claimant's Demand.

Thank you for your consideration of this request.

Best Regards,

Bunmi

_____

Olubunmi A. Wright

Paralegal

LAW OFFICES OF MICHAEL J. KAPIN

1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019

-

---------- Forwarded message ---------
From: **Employment Filing Team** <EmploymentFiling@adr.org>
Date: Tue, Sep 17, 2019 at 11:19 AM
Subject: RE: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323 PLEASE ADVISE.
To: Michael Kapin <kapinlaw@gmail.com>
Cc: Mike Kapin <mikekapin@gmail.com>, cferriter@kapinlaw.com <cferriter@kapinlaw.com>,
jmlurie@luriestrupinsky.com <jmlurie@luriestrupinsky.com>, Employment Filing Team
<EmploymentFiling@adr.org>

Hello,

Employee's portion of the filing fee was submitted at filing on June 20th 2019.

Please ensure to copy claimant's counsel in all future correspondence.

Thank you

| Logo | **Employment Filing Team** |
| --- | --- |
| | American Arbitration Association |
| | T: 856 679 4610  E: EmploymentFiling@adr.org |
| | 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043 |
| | adr.org  |  icdr.org  |  aaamediation.org |

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Michael Kapin <kapinlaw@gmail.com>
**Sent:** Tuesday, September 17, 2019 10:40 AM

**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** Mike Kapin <mikekapin@gmail.com>; cferriter@kapinlaw.com
**Subject:** Re: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323 PLEASE ADVISE.


**\*\*\* External E-Mail – Use Caution \*\*\***


Good Morning,


Following my voice message, kindly advise as to whether the **employee's portion** of the filing  fee has been paid (and if so, the date of payment).



Thank you,


Bunmi.


---------- Forwarded message ---------
From: **Employment Filing Team** <EmploymentFiling@adr.org>
Date: Wed, Sep 11, 2019 at 1:53 PM
Subject: Ruth Sarit v. Westside Tomato, Inc. d/b/a Arte Cafe; - Case 01-19-0001-9323
To: jmlurie@luriestrupinsky.com <jmlurie@luriestrupinsky.com>, mikekapin@gmail.com
<mikekapin@gmail.com>, kapinlaw@gmail.com <kapinlaw@gmail.com>


Good Afternoon,


The AAA has not received the employer's portion of the filing fee. Please advise or submit payment by September 18, 2019.


Thank you

| Logo | **Employment Filing Team** |
|------|----------------------------|
|      | American Arbitration Association |

T: 856 679 4610  E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
adr.org  |  icdr.org  |  aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

--

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT kapinlaw@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT kapinlaw@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT kapinlaw@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT kapinlaw@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--

_____

Michael J. Kapin | Attorney at Law
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN

ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT mikekapin@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--

_____

Michael J. Kapin | Attorney at Law
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019
_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT mikekapin@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

--

_____

Michael J. Kapin | Attorney at Law
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019
_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT

FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT mikekapin@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.


--
_____

Michael J. Kapin | Attorney at Law
LAW OFFICES OF MICHAEL J. KAPIN
1133 Broadway, Suite 1001
New York, New York 10010
(212) 513-0500 | FAX (866) 575-5019

_____

****CONFIDENTIALITY NOTICE****
THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND
MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED
RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION,
COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY VIA EMAIL AT mikekapin@gmail.com
OR BY TELEPHONE AT 1-212-513-0500.  THANK YOU.

# EXHIBIT 7

**EXHIBIT 7**



1101 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856)435-6401

October 23, 2019

Joshua M. Lurie, Esq.
Lurie Strupinsky, LLP
15 Warren Street
Suite 36
Hackensack, NJ 07601
Via Email to: jmlurie@luriestrupinsky.com

Scott Levenson, Esq.
Law Offices Of Michael J. Kapin
1133 Broadway
Suite 1001
New York, NY 10010
Via Email to: slevensonesq@gmail.com

Case Number: 01-19-0001-9323

Ruth Sarit
-vs-
Westside Tomato, Inc. d/b/a Arte Cafe;
Robert Malta; Marc [LNU]; John Does 1-50
(principals, owners, managers, employees,
representatives and/or agents, partners,
officers, directors, and/or holders of
controlling interests in Arte Cafe);
Business Entities A-J (corporations or
other business entities that are principals,
owners or holders of controlling interests
of Arte Cafe)

Dear Parties:

The Respondent has failed to submit the previously requested filing fee; accordingly, we have administratively closed our file in this matter. Any filing fees received from the Claimant will be refunded under separate cover.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system.  Such electronic documents may not constitute a complete case file.  Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

Please email employmentfiling@adr.org if you have any questions and we will be happy to assist you.

Sincerely,

Employment Filing Team

Employmentfiling@adr.org
(856) 679-4610

cc:
Colin Ferriter
Olubunmi A. Wright
Amy Griffith