USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/9/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH SARIT, *on behalf of herself and others similarly situated*,

Plaintiff,

v.

WESTSIDE TOMATO, INC. *doing business as* ARTE CAFÉ, ROBERT MALTA, MARC LNU, and ERNESTO MATIAS LOPEZ,

Defendants.

No. 18-CV-11524 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 20, 2019, the Court granted Plaintiff's request to reopen the case, and ordered the parties to meet and confer and jointly submit to the Court, no later than December 4, 2019, a proposed schedule with respect to next steps. Dkt. 32. On December 6, 2019, Plaintiff filed a letter indicating that Defendants have been unresponsive and unwilling to meet and confer about next steps in this action. No later than December 23, 2019, Defendants shall answer or otherwise respond to Plaintiff's Complaint. If Defendants fail to respond to the Complaint by December 23, 2019, then Plaintiff shall inform the Court whether she intends to move for a default judgment against Defendants.

SO ORDERED.

Dated: December 9, 2019
New York, New York

Ronnie Abrams
United States District Judge