USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUTH SARIT, *on behalf of herself and others similarly situated*,

      Plaintiff,

v.

WESTSIDE TOMATO, INC. *doing business as* ARTE CAFÉ, ROBERT MALTA, MARC LNU, and ERNESTO MATIAS LOPEZ,

      Defendants.

---

No. 18-CV-11524 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  As discussed with the parties, discovery is hereby stayed pending the resolution of Defendants' motion to dismiss.

SO ORDERED.

Dated:  February 3, 2020
     New York, New York

                 Ronnie Abrams
                 United States District Judge