| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 5-19-20 |

RUTH SARIT, *on behalf of herself and others similarly situated*,

                Plaintiff,

      v.

WESTSIDE TOMATO, INC. *doing business as* ARTE CAFÉ, ROBERT MALTA, ERNESTO MATIAS LOPEZ, MARCO ORNETTI, JOHN DOES 1-50, AND BUSINESS ENTITIES A-J,

                Defendants.

No. 18-CV-11524 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      No later than June 2, 2020, the parties shall jointly submit to the Court a proposed case management plan and scheduling order. A template is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The proposed case management plan and scheduling order should be filed electronically on ECF, consistent with the Court's Electronic Case Filing Rules & Instructions, which were updated on April 1, 2020, and are available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:    May 19, 2020
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge