UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH SARIT, *on behalf of herself and others similarly situated*,

              Plaintiff,

v.

WESTSIDE TOMATO, INC. *doing business as* ARTE CAFÉ, ROBERT MALTA, ERNESTO MATIAS LOPEZ, MARCO ORNETTI, JOHN DOES 1-50, AND BUSINESS ENTITIES A-J,

              Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/6/2020
```

No. 18-CV-11524 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On June 9, 2020, Defendants filed a motion to dismiss Plaintiff's Amended Complaint. Dkt. 57. Plaintiff filed an opposition on June 23, 2020. Dkt. 59. To date, Defendants have not filed a reply brief. No later than July 10, 2020, Defendants shall file their reply, or a letter indicating that they do not intend to file a reply brief.

SO ORDERED.

Dated:    July 6, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge