UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH SARIT, *on behalf of herself and all others similarly situated*,<br><br>                              Plaintiff,<br><br>                    v.<br><br>WESTSIDE TOMATO, INC., *doing business as* ARTE CAFÉ, ROBERT MALTA, MARCO ORNETTI, and ERNESTO MATIAS LOPEZ,<br><br>                              Defendants. | No. 18-CV-11524 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

A post-discovery conference is scheduled in this matter for Friday, January 8 at 12:00 p.m. *See* Dkt. 55 at 2. The parties were previously directed to file a joint letter updating the Court on the status of the case, including the status of discovery, whether either party intends to file a dispositive motion, and what efforts the parties have made to settle the action. *Id*. The parties shall jointly file such a letter, providing any relevant updates, no later than Wednesday, January 6.

At the conference, the Court will address the two pending motions. *See* Dkt. 57 (Defendants' motion to dismiss); Dkt. 62, 66 (Plaintiff's motion for leave to file an amended complaint).

The conference will be held by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

SO ORDERED.

Dated:     January 4, 2021
               New York, New York

_____
RONNIE ABRAMS
United States District Judge