```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH SARIT, *on behalf of herself and all others similarly situated*,

           Plaintiff,

v.

WESTSIDE TOMATO, INC., *doing business as* ARTE CAFÉ, ROBERT MALTA, MARCO ORNETTI, and ERNESTO MATIAS LOPEZ,

           Defendants.

No. 18-CV-11524 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Plaintiff's second amended complaint and Defendants' answer. In the Court's previous order, Dkt. 75, the Court directed the parties to "meet and confer and file, no later than January 22, 2021, (1) a brief joint letter regarding the next steps in this litigation, including the discovery anticipated; and (2) a proposed case management plan and scheduling order, a template of which is available at https://nysd.uscourts.gov/hon-ronnie-abrams."

    That letter was never filed. The parties shall do so no later than February 10, 2021.

SO ORDERED.

Dated:    February 3, 2021
              New York, New York

                                          Ronnie Abrams
                                          United States District Judge