

15 Warren Street, Suite 36
Hackensack, New Jersey 07601

1 Liberty Plaza, 23rd Floor
c/o Michael J.S. Pontone, Esq
New York, New York 10006

Phone *201-518-9999*
Fax *201-479-9955*
Email *info@luriestrupinsky.com*

**Joshua M. Lurie, Esq.** *(licensed in NY, NJ, VT)*
**Eugene Strupinsky, Esq.** *(licensed in NY)*

**Damian Albergo, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Michael J.S. Pontone, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Paul Hirsch, Esq.** *(of Counsel, Licensed in NY)*

February 24, 2021

**Via ECF**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

Re:  <u>Sarit v. Westside Tomato, Inc.</u>*, et al.*
     Civil Case No. 1:18-cv-11524-RA

Dear Judge Abrams,

I write to advise the Court that the parties have come to a tentative agreement to settle this matter. Plaintiff is waiting for a proposed settlement agreement from Defendants' counsel to review and, if appropriate, submit to the Court for Your Honor's consideration and approval consistent with *Cheeks* at its progeny. Without delving too much into the details of the proposed settlement, and in advance of the formal motion pursuant to *Cheeks*, Plaintiff believes that the settlement is reasonable compromise due to the industry to which she was employed (the restaurant industry) and the status of that industry due to the COVID-19 pandemic.

Therefore, and as a result of the anticipated forthcoming settlement, the Plaintiff respectfully requests that the Court extend the date to file its 12(b)(6) motion and motion to certify a preliminary collective under the FLSA.

Respectfully submitted,

Joshua M. Lurie, Esq.

JML:me

cc:   All counsel (via ECF)