# LEVENSON LAW LLC

625 W. 51st Street
New York, NY 10019
Tel. (212) 957-9200
Fax (201) 632-4822
Email slevensonesq@gmail.com
Admitted to Practice in NJ, NY, PA & CT

VIA ECF

June 3, 2021

Hon. Ronnie Abrams, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   Sarit v. Westside Tomato, et. Al.
      Case No. 1:18-cv-11524-RA

Dear Judge Abrams:

   Pursuant to the court's order of May 19, 2021 declining to approve the parties settlement agreement due to the Agreement's non-disparagement provision, we hereby submit a revised agreement which is identical to the original agreement except that the non-disparagement provision has been deleted.

   The parties jointly request that the Court approve the revised agreement in accordance with *Cheeks*.

Sincerely,

Scott Levenson, Esq.

cc:   Joshua Lurie, Esq. via ECF

The revised settlement agreement addresses the Court's concerns and is approved for the reasons stated in the Court's opinion. See Dkt. 87; Sarit v. Westside Tomato, Inc., 2021 WL 2000328 (S.D.N.Y. May 19, 2021). This action is dismissed with prejudice in accordance with the agreement. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Hon. Ronnie Abrams
06/04/2021